**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-112A** **DATE: September 21, 2005**

**TITLE: USA v. ROBERT VIRUET**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Dambruch, AUSA
Steve DiLibero, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Deft informed of charge and rights.
Deft understands charge and rights.
Waiver of Prelim Exam
Deft informed of rights and waives exam.
Court accepts waiver.
Govt requests detention.
No argument.
Deft remanded to custody.