AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

Robert Virvot

APPEARANCE

CASE NUMBER: 1:05M112A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Above Defendant

I certify that I am admitted to practice in this court.

9/21/05
*Date*

[signature]
*Signature*

Steven N. DiLibero
*Print Name*

4678
*Bar Number*

30 Greenwich St
*Address*

Prov
*City*

RI
*State*

02903
*Zip Code*

401-621-9200
*Phone Number*

401 331-9503
*Fax Number*

was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.