AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Robert Viruet

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:05 M 112A

I, Robert Viruet, charged in a (complaint) (petition) pending in this District with Rhode Island in violation of Title 21, U.S.C., 841 (a)(1) & (b)(1)(A), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Robert Viruet
*Defendant*

9/21/05
*Date*

[signature] Esq
*Counsel for Defendant*