1065953

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

RECEIVED
SEP 09 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROBERT VIRUET (DOB 1969)
Pawtucket, RI

## WARRANT FOR ARREST

CASE NUMBER: 1:05M112A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Robert Viruet
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possession with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(A)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

9/9/05 Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ; returned to ACI | | |
| DATE RECEIVED 09/09/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/21/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.