IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. CR 05 114S |
| | : | |
| | : | In Violation of 21 U.S.C. §§ |
| v. | : | 841(a)(1), (b)(1)(A), and |
| | : | (b)(1)(C); and, 18 U.S.C. |
| ROBERT VIRUET | : | § 924(c)(1)(A) |

INDICTMENT

The Grand Jury charges that:

Count I

On or about August 26, 2005, in the District of Rhode Island, the defendant, ROBERT VIRUET, did knowingly and intentionally possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

Count II

On or about August 26, 2005, in the District of Rhode Island, the defendant, ROBERT VIRUET, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT III

On or about August 26, 2005, in the District of Rhode Island, the defendant, ROBERT VIRUET, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, did knowingly and intentionally possess a firearm, to wit, a .25 caliber, Raven, semi-automatic pistol, in violation of 18 U.S.C. § 924(c)(1)(A).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 10/12/05